IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02611-WYD-KLM

DAVID MUNIZ,

    Plaintiff,

v.

VITAMIN COTTAGE NATURAL FOOD MARKETS, INC., doing business as Natural Grocers by Vitamin Cottage,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Postpone Scheduling Conference** [Docket No. 11; Filed January 7, 2013] (the "Motion"). Defendant explains that an unopposed motion to consolidate is pending in Case No. 12-cv-01368-RPM-CBS, which, if granted, would consolidate the instant case with that case thus eliminating the need for a scheduling conference in the instant case. Defendant therefore requests that the Scheduling Conference set for January 24, 2013 be vacated pending the resolution of the motion to consolidate in the other case.

    IT IS HEREBY **ORDERED** that the Scheduling Conference set for January 24, 2013 at 10:00 a.m. is **VACATED**. The Court will reset the Scheduling Conference, if necessary, after resolution of the unopposed motion to consolidate in 12-cv-01368-RPM-CBS.

    Dated: January 7, 2013